**Order entered September 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00896-CV

**MARY E. BIVINS FOUNDATION AND COLLINGHAM INVESTMENT FUND,**
**Appellants**

**V.**

**HIGHLAND CREDIT STRATEGIES FUND LTD., HIGHLAND CAPITAL
MANAGEMENT L.P., JAMES DONDERO, AND MARK OKADA, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-03742-C**

## ORDER

Appellant Collingham Investment Fund has filed a motion to dismiss stating that it no longer wishes to pursue its appeal. The motion is **GRANTED**, and Collingham Investment Fund's appeal is **DISMISSED**.

> /s/      MICHAEL J. O'NEILL
>         PRESIDING JUSTICE